**Adventures in Zambezia - Cinema Management Group (SHA1: BE662EFF000AFC86E355531341544B3B9014572C) - Northern District of Illinois**

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | DossierNumbe | ISP | city | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 99.140.245.92 | 2D5554232... | µTorrent 2.2. | 10/2/12 03:00:03 PM | S0054-00000 | AT&T Inte | Chicago | Cook |
| 2 | 76.214.195.76 | 4D362D312D | BitTorrent 6.1 | 10/2/12 12:50:08 AM | S0054-00000 | AT&T Inte | Barrington | Lake |
| 3 | 108.228.140.124 | 2D5554232... | µTorrent 2.2. | 10/2/12 05:38:44 PM | S0054-00000 | AT&T U-ve | Chicago | Cook |
| 4 | 98.253.247.60 | 2D5554333... | µTorrent 3.1. | 10/2/12 04:57:10 PM | S0054-00000 | Comcast C | Aurora | DuPage |
| 5 | 98.213.153.15 | 2D5554333... | µTorrent 3.1. | 10/2/12 11:29:29 AM | S0054-00000 | Comcast C | Rockford | Winnebago |
| 6 | 98.206.240.60 | 2D5554230... | µTorrent 2.0. | 10/2/12 07:20:33 PM | S0054-00000 | Comcast C | Chicago | Cook |
| 7 | 98.227.225.59 | 2D5554333... | µTorrent 3.1. | 10/2/12 04:58:19 AM | S0054-00000 | Comcast C | Berwyn | Cook |
| 8 | 67.162.63.8 | 2D5554333... | µTorrent 3.1. | 10/2/12 08:20:02 PM | S0054-00000 | Comcast C | Elk Grove Village | Cook |
| 9 | 99.104.61.103 | 2D415A3437 | Vuze 4.7.2.0 | 10/2/12 02:23:48 AM | S0054-00000 | AT&T Inte | Chicago | Cook |
| 10 | 98.227.230.63 | 2D5554333... | µTorrent 3.1. | 10/2/12 12:37:25 PM | S0054-00000 | Comcast C | Brookfield | Cook |
| 11 | 24.148.8.170 | 2D5554232... | µTorrent 2.2. | 10/2/12 11:26:35 PM | S0054-00000 | RCN Corpo | Chicago | Cook |
| 12 | 67.184.198.197 | 2D5554333... | µTorrent 3.1. | 10/3/12 11:02:16 AM | S0054-00000 | Comcast C | Round Lake | Lake |
| 13 | 99.140.251.37 | 2D5554232... | µTorrent 2.2. | 10/3/12 07:19:44 PM | S0054-00000 | AT&T Inte | Chicago | Cook |
| 14 | 99.145.56.149 | 2D5554333... | µTorrent 3.1. | 10/3/12 09:20:02 AM | S0054-00000 | AT&T U-ve | Elmwood Park | Cook |
| 15 | 67.175.15.153 | 2D5554332... | µTorrent 3.2. | 10/3/12 09:08:36 AM | S0054-00000 | Comcast C | Calumet City | Cook |
| 16 | 99.116.61.254 | 2D5554332... | µTorrent 3.2. | 10/3/12 02:21:52 AM | S0054-00000 | AT&T U-ve | Chicago | Cook |
| 17 | 50.129.254.162 | 2D5554333... | µTorrent 3.1. | 10/3/12 02:17:09 AM | S0054-00000 | Comcast C | Chicago | Cook |
| 18 | 99.140.248.168 | 2D5554232... | µTorrent 2.2. | 10/3/12 07:24:23 AM | S0054-00000 | AT&T Inte | Chicago | Cook |
| 19 | 76.16.62.167 | 2D4243303... | BitComet 1.3 | 10/3/12 11:49:16 PM | S0054-00000 | Comcast C | Chicago | Cook |
| 20 | 71.194.16.103 | 2D5554332... | µTorrent 3.2. | 10/3/12 12:10:50 AM | S0054-00000 | Comcast C | Villa Park | DuPage |
| 21 | 50.129.155.69 | 2D5554138... | µTorrent 1.8. | 10/3/12 10:38:28 AM | S0054-00000 | Comcast C | Crystal Lake | McHenry |
| 22 | 99.100.86.78 | 2D415A3437 | Vuze 4.7.2.0 | 10/3/12 01:10:05 AM | S0054-00000 | AT&T U-ve | Bridgeview | Cook |
| 23 | 98.215.69.217 | 4D372D362D | BitTorrent 7.6 | 10/3/12 04:07:23 AM | S0054-00000 | Comcast C | Chicago | Cook |
| 24 | 24.15.158.248 | 2D5554232... | µTorrent 2.2. | 10/3/12 01:44:08 AM | S0054-00000 | Comcast C | Plainfield | Will |
| 25 | 99.138.175.55 | 2D5554333... | µTorrent 3.1. | 10/3/12 09:07:52 AM | S0054-00000 | AT&T U-ve | Chicago | Cook |
| 26 | 50.73.96.233 | 2D5554332... | µTorrent 3.2. | 10/3/12 09:24:03 AM | S0054-00000 | Comcast B | Chicago | Cook |
| 27 | 75.34.22.181 | 2D5554232... | µTorrent 2.2. | 10/4/12 12:53:41 PM | S0054-00000 | AT&T Inte | Chicago | Cook |
| 28 | 67.167.121.27 | 2D5554333... | µTorrent 3.1. | 10/4/12 05:15:24 PM | S0054-00000 | Comcast C | Warrenville | DuPage |
| 29 | 99.180.199.84 | 2D5554332... | µTorrent 3.2. | 10/4/12 05:45:05 PM | S0054-00000 | AT&T Inte | Palatine | Cook |
| 30 | 99.141.192.216 | 4D372D362D | BitTorrent 7.6 | 10/4/12 08:45:28 PM | S0054-00000 | AT&T Inte | Bartlett | Cook |
| 31 | 75.34.16.205 | 2D5554232... | µTorrent 2.2. | 10/5/12 05:40:13 AM | S0054-00000 | AT&T Inte | Chicago | Cook |
| 32 | 108.178.28.82 | 4D372D362D | BitTorrent 7.6 | 10/5/12 05:18:36 AM | S0054-00000 | SingleHop | Chicago | Cook |
| 33 | 99.141.7.212 | 2D5554232... | µTorrent 2.2. | 10/5/12 03:34:41 AM | S0054-00000 | AT&T Inte | Chicago | Cook |
| 34 | 99.140.249.16 | 2D5554232... | µTorrent 2.2. | 10/5/12 03:16:00 AM | S0054-00000 | AT&T Inte | Chicago | Cook |

| # | IP | Hash | Client | Timestamp | File | ISP | City | County |
|---|---|---|---|---|---|---|---|---|
| 35 | 24.148.83.214 | 2D415A3437... | Vuze 4.7.1.2 | 10/5/12 07:35:52 PM | S0054-00000 | RCN Corp | Chicago | Cook |
| 36 | 75.34.26.147 | 2D5554323... | µTorrent 2.2. | 10/5/12 03:47:49 AM | S0054-00000 | AT&T Int | Chicago | Cook |
| 37 | 67.175.15.210 | 2D5554333... | µTorrent 3.2. | 10/6/12 07:50:06 PM | S0054-00000 | Comcast C | Calumet City | Cook |
| 38 | 99.141.10.225 | 2D5554323... | µTorrent 2.2. | 10/6/12 11:05:40 PM | S0054-00000 | AT&T Int | Chicago | Cook |
| 39 | 67.167.199.117 | 2D5554333... | µTorrent 3.2. | 10/6/12 01:12:27 AM | S0054-00000 | Comcast C | Chicago | Cook |
| 40 | 75.3.130.41 | 2D5554333... | µTorrent 3.1. | 10/6/12 02:45:16 PM | S0054-00000 | AT&T Int | Chicago | Cook |
| 41 | 99.141.6.25 | 2D5554323... | µTorrent 2.2. | 10/6/12 01:25:12 AM | S0054-00000 | AT&T Int | Chicago | Cook |
| 42 | 99.140.254.58 | 2D5554323... | µTorrent 2.2. | 10/6/12 10:33:57 PM | S0054-00000 | AT&T Int | Chicago | Cook |
| 43 | 98.226.179.132 | 2D415A3437... | Vuze 4.7.2.0 | 10/6/12 04:09:11 PM | S0054-00000 | Comcast C | River Forest | Cook |
| 44 | 75.3.130.41 | 2D5554333... | µTorrent 3.2. | 10/6/12 08:56:20 PM | S0054-00000 | AT&T Int | Chicago | Cook |
| 45 | 68.60.255.142 | 4D372D372D... | BitTorrent 7.7 | 10/7/12 05:17:11 PM | S0054-00000 | Comcast C | Westchester | Cook |
| 46 | 76.16.177.19 | 2D5554333... | µTorrent 3.1. | 10/7/12 01:32:35 PM | S0054-00000 | Comcast C | Romeoville | Will |
| 47 | 98.213.38.137 | 2D415A3437... | Vuze 4.7.2.0 | 10/7/12 04:59:15 PM | S0054-00000 | Comcast C | Chicago | Cook |
| 48 | 75.3.143.242 | 2D5554333... | µTorrent 3.2. | 10/7/12 10:45:04 AM | S0054-00000 | AT&T Int | Chicago | Cook |
| 49 | 75.3.119.193 | 2D5554333... | µTorrent 3.2. | 10/7/12 12:58:28 PM | S0054-00000 | AT&T Int | Chicago | Cook |
| 50 | 75.3.117.21 | 2D5554333... | µTorrent 3.2. | 10/7/12 08:03:22 AM | S0054-00000 | AT&T Int | Chicago | Cook |
| 51 | 75.3.128.191 | 2D5554333... | µTorrent 3.2. | 10/7/12 07:08:59 AM | S0054-00000 | AT&T Int | Chicago | Cook |
| 52 | 208.78.67.43 | 2D5554333... | µTorrent 3.2. | 10/8/12 12:44:53 PM | S0054-00000 | Towerstre | Chicago | Cook |
| 53 | 75.34.201.195 | 2D5554333... | µTorrent 3.2. | 10/8/12 03:28:30 PM | S0054-00000 | AT&T Int | Chicago | Cook |
| 54 | 75.34.206.34 | 2D5554333... | µTorrent 3.2. | 10/8/12 07:18:39 PM | S0054-00000 | AT&T Int | Chicago | Cook |
| 55 | 98.193.71.74 | 2D5554333... | µTorrent 3.1. | 10/8/12 11:47:35 PM | S0054-00000 | Comcast C | Arlington Heights | Cook |
| 56 | 69.217.196.118 | 2D5554333... | µTorrent 3.2. | 10/8/12 11:10:03 PM | S0054-00000 | AT&T Int | Grayslake | Lake |
| 57 | 24.13.196.6 | 2D415A3437... | Vuze 4.7.2.0 | 10/8/12 04:40:41 AM | S0054-00000 | Comcast C | Vernon Hills | Lake |
| 58 | 99.141.13.150 | 2D5554323... | µTorrent 2.2. | 10/8/12 02:37:37 AM | S0054-00000 | AT&T Int | Chicago | Cook |
| 59 | 75.3.136.227 | 2D5554333... | µTorrent 3.2. | 10/9/12 11:43:37 AM | S0054-00000 | AT&T Int | Chicago | Cook |
| 60 | 76.16.50.173 | 2D5554333... | µTorrent 3.2. | 10/9/12 09:06:21 PM | S0054-00000 | Comcast C | Plainfield | Will |